## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JOHN DOE MC-1,

     Plaintiff,

v.

THE UNIVERSITY OF MICHIGAN,
and THE REGENTS OF THE
UNIVERSITY OF MICHIGAN,

     Defendants.

Case No. 2:20-cv-10568-VAR-EAS

Hon. Victoria A. Roberts
Magistrate Judge Elizabeth A. Stafford

**Master Case Filing**

## <u>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

The undersigned Parties hereby stipulate to the following:

1.      In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, in each respective case, stipulate that the following individual cases filed in the Eastern District of Michigan, and consolidated in this Master Case, shall be dismissed with prejudice.  The applicable case numbers include:

1)    *Doe MC-1 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10568

2)    *Doe MC-2 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10578

3)    *Doe MC-3 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10579

4)    *Doe MC-7 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10580

5)    *Doe MC-4 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10582

6)    *Doe MC-6 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10593

7)    *Doe MC-12 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10595

8)    *Doe MC-11 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10596

9)    *Doe MC-13 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10614

10)   *Doe MC-10 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10617

11)   *Doe MC-14 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10618

12)   *Doe MC-5 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10621

13)   *Doe MC-16 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10622

14)   *Doe MC-15 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10631

15)   *Doe MC-8 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10640

16)   *Doe MC-9 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10641

17)   *Doe MC-17 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10664

18)   *Doe MC-19 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10679

19)   *Doe MC-20 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10693

20)   *Doe MC-18 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10715

21)   *Doe MC-21 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10731

22)   *Doe MC-22 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10732

23)   *Doe MC-25 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10759

24)   *Doe MC-24 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10771

25)   *Doe MC-23 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10772

26)  *Doe MC-28 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10779

27)  *Doe MC-27 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10785

28)  *Doe MC-31 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10821

29)  *Doe MC-32 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10823

30)  *Doe MC-26 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10828

31)  *Doe MC-29 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10832

32)  *Doe MC-35 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10859

33)  *Doe MC-30 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10861

34)  *Doe MC-34 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10868

35)  *Doe MC-36 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10875

36)  *Doe MC-38 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10888

37)  *Doe MC-39 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10889

38)  *Doe MC-33 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10895

39)  *Doe MC-41 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11021

40)  *Doe MC-43 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11024

41)  *Doe MC-44 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11025

42)  *Doe MC-45 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11026

43)  *Doe MC-46 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11028

44)  *Doe MC-47 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11029

45)  *Doe MC-48 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11030

46)   *Doe MC-49 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11056

47)   *Doe MC-51 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11061

48)   *Doe MC-53 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11092

49)   *Doe MC-52 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11102

50)   *Doe MC-54 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11108

51)   *Doe MC-50 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11150

52)   *Doe TF-01, et al. v. Univ. of Mich., et al.*, Case No. 2:20-cv-11170

53)   *Doe MC-40 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11188

54)   *Doe MC-55 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11189

55)   *Doe MC-56 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11203

56)   *Doe MC-57 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11204

57)   *Doe MC-58 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11225

58)   *Doe MC-60 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11227

59)   *Doe MC-61 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11232

60)   *Christian, et al. v. Regents of Univ. of Mich.*, Case No. 2:20-cv-11294

61)   *Doe MC-62 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11305

62)   *Doe MC-64 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11308

63)   *Doe MC-59 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11309

64)   *Doe MC-65 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11485

65)   *Doe MC-66 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11504

4

66)     *Doe MC-67 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11518

67)     *Doe MC-68 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11569

68)     *Doe MC-70 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11596

69)     *Doe MC-72 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11653

70)     *Doe MC-73 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11702

71)     *Doe MC-76 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11725

72)     *Doe MC-71 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11782

73)     *Doe MC-75 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11788

74)     *Doe MC-74 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11794

75)     *Doe MC-77 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11814

76)     *Doe MC-78 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11821

77)     *Doe MC-79 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11853

78)     *Connelley, et al. v. Univ. of Mich., et al.*, Case No. 2:20-cv-11881

79)     *Doe MC-82 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11932

80)     *Doe MC-84 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11949

81)     *Doe MC-81 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11974

82)     *Doe WL-1, et al. v. Regents of Univ. of Mich., et al.*, Case No. 2:20-cv-12038

83)     *Doe MC-80 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12040

84)     *Doe MC-83 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12041

85)   *Doe MC-86 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12042

86)   *Doe MC-87 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12058

87)   *Doe MC-88 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12093

88)   *Doe MC-89 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12152

89)   *Doe MC-90 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12166

90)   *Doe MC-91 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12167

91)   *Deluca v. Univ. of Mich., et al.*, Case No. 2:20-cv-12171

92)   *Doe MC-92 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12186

93)   *Robinson, et al. v. Regents of Univ. of Mich.*, Case No. 2:20-cv-12205

94)   *Doe MC-93 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12219

95)   *Doe MC-95 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12220

96)   *Doe MC-96 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12223

97)   *Doe MC-94 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12276

98)   *Cooper, et al. v. Regents of Univ. of Mich.*, Case No. 2:20-cv-12285

99)   *Doe MC-97 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12290

100)  *Doe MC-99 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12291

101)  *Doe MC-103 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12303

102)  *Doe MC-102 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12326

103)  *Doe MC-100 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12329

104)  *Doe MC-101 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12340

105) *Doe MC-104 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12342

106) *Doe MC-106 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12347

107) *Doe MC-105 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12375

108) *Doe MC-107 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12376

109) *Johnson, et al. v. Regents of Univ. of Mich.*, Case No. 2:20-cv-12377

110) *Doe MC-108 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12395

111) *Doe MC-109 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12399

112) *Doe MC-110 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12427

113) *Doe MC-111 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12438

114) *Doe MC-112 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12460

115) *Doe MC-113 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12461

116) *Doe MC-114 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12462

117) *Shaw, et al. v. Regents of Univ. of Mich.*, Case No. 2:20-cv-12758

118) *Doe ALF-1, et al. v. Univ. of Mich., et al.*, Case No. 2:20-cv-12747

119) *R.S. Doe v. Univ. of Mich., et al.*, Case No. 2:21-cv-12500

2.   The Parties stipulate further that each side, in each respective case, shall bear all of their own costs and fees, including all attorney's fees.

Dated: November 9, 2022                    Respectfully submitted,


*/s/ Richard W. Schulte (with consent)*        */s/ Stephen J. Cowen (with consent)*
Richard W. Schulte (OH #0066031)        Stephen J. Cowen (P82688)
Wright & Schulte, LLC                   JONES DAY

865 S. Dixie Dr.
Vandalia, OH 45377
P: (937) 435-7500
rschulte@yourlegalhelp.com

*Counsel for Plaintiffs Charles Christian,*
*Mike Robinson, Evan Cooper, Johnny*
*Johnson, Vincent Shaw, and Doe-RS*
*Plaintiffs*

/s/ Michael A. Cox (with consent)
Michael A. Cox (P43039)
The Mike Cox Law Firm, PLLC
17430 Laurel Park Drive North
Suite 120E
Livonia, MI 48154
P: (734) 591-4002
mc@mikecoxlaw.com

*Counsel for Doe-MC Plaintiffs*

/s/ Manvir S. Grewal (with consent)
Manvir S. Grewal (P48082)
Grewal Law PLLC
2290 Science Parkway
Okemos, MI 48864
P: (517) 393-3000
mgrewal@4grewal.com

*Counsel for Plaintiff Michael Connelley*
*and Doe-GL Plaintiffs*

/s/ Parker G. Stinar (with consent)
Parker G. Stinar (P75252)
Wahlberg, Woodruff, Nimmo &
Sloane, LLP
4601 DTC Boulevard, Suite 950

150 W. Jefferson Ave., Suite 2100
Detroit, MI 48226
P: (313) 733-3939
scowen@jonesday.com

*Counsel for Defendants*

8

Denver, CO 80237
P: (303) 571-5302
parker@denvertriallawyers.com

*Counsel for Plaintiff Thomas Deluca*

*/s/ Todd F. Flood (with consent)*
Todd F. Flood (P58555)
Flood Law PLLC
155 W. Congress St., Suite 603
Detroit, MI 48226
P: (248) 547-1032
tflood@floodlaw.com

*Counsel for Doe-TF Plaintiffs*

*/s/ Stephen J. Estey (with consent)*
Stephen J. Estey (CA #163093)
Estey & Bomberger, LLP
2869 India Street
San Diego, CA 92103
P: (619) 295-0035
steve@estey-bomberger.com

*Counsel for Plaintiffs James Barahal,*
*Ward Black, John Herndon, Jr., David*
*Phipps, Shiva Wheeler, and Doe-EB*
*Plaintiffs*

*/s/ James White (with consent)*
James White (P56946)
White Law, PLLC
2549 Jolly Road, Suite 340
Okemos, MI 48864
P: (517) 316-1195
jameswhite@whitelawpllc.com

*Counsel for Doe-WL Plaintiffs*


 */s/ Andrew P. Abood (with consent)*
Andrew P. Abood (P43366)
Abood Law Firm
246 E. Saginaw Street, Suite 100
East Lansing, MI 48823
P: (517) 332-5900
andrew@aboodlaw.com

*Counsel for Doe-ALF Plaintiffs*


*/s/ Elizabeth M. Taylor (with consent)*
Elizabeth Marzotto Taylor (P82061)
Deborah Gordon Law
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, MI 48304
P: (248) 258-2500
emarzottotaylor@deborahgordonlaw.com

*Counsel for Plaintiff R.S. Doe*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE MC-1,

     Plaintiff,

v.

THE UNIVERSITY OF MICHIGAN,
and THE REGENTS OF THE
UNIVERSITY OF MICHIGAN,

     Defendants.

Case No. 2:20-cv-10568-VAR-EAS

Hon. Victoria A. Roberts
Magistrate Judge Elizabeth A. Stafford

**Master Case Filing**

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulations of Voluntary Dismissal with Prejudice dated November 4, 2022, the Court orders that the following individual cases filed in the Eastern District of Michigan, and consolidated in this Master Case, shall be dismissed with prejudice.  The applicable case numbers include:

1) *Doe MC-1 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10568

2) *Doe MC-2 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10578

3) *Doe MC-3 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10579

4) *Doe MC-7 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10580

5) *Doe MC-4 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10582

6) *Doe MC-6 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10593

7) *Doe MC-12 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10595

8)   *Doe MC-11 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10596

9)   *Doe MC-13 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10614

10)  *Doe MC-10 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10617

11)  *Doe MC-14 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10618

12)  *Doe MC-5 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10621

13)  *Doe MC-16 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10622

14)  *Doe MC-15 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10631

15)  *Doe MC-8 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10640

16)  *Doe MC-9 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10641

17)  *Doe MC-17 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10664

18)  *Doe MC-19 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10679

19)  *Doe MC-20 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10693

20)  *Doe MC-18 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10715

21)  *Doe MC-21 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10731

22)  *Doe MC-22 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10732

23)  *Doe MC-25 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10759

24)  *Doe MC-24 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10771

25)  *Doe MC-23 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10772

26)  *Doe MC-28 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10779

27)  *Doe MC-27 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10785

28)   *Doe MC-31 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10821

29)   *Doe MC-32 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10823

30)   *Doe MC-26 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10828

31)   *Doe MC-29 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10832

32)   *Doe MC-35 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10859

33)   *Doe MC-30 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10861

34)   *Doe MC-34 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10868

35)   *Doe MC-36 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10875

36)   *Doe MC-38 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10888

37)   *Doe MC-39 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10889

38)   *Doe MC-33 v. Univ. of Mich., et al.*, Case No. 2:20-cv-10895

39)   *Doe MC-41 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11021

40)   *Doe MC-43 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11024

41)   *Doe MC-44 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11025

42)   *Doe MC-45 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11026

43)   *Doe MC-46 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11028

44)   *Doe MC-47 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11029

45)   *Doe MC-48 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11030

46)   *Doe MC-49 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11056

47)   *Doe MC-51 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11061

48) *Doe MC-53 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11092

49) *Doe MC-52 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11102

50) *Doe MC-54 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11108

51) *Doe MC-50 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11150

52) *Doe TF-01, et al. v. Univ. of Mich., et al.*, Case No. 2:20-cv-11170

53) *Doe MC-40 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11188

54) *Doe MC-55 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11189

55) *Doe MC-56 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11203

56) *Doe MC-57 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11204

57) *Doe MC-58 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11225

58) *Doe MC-60 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11227

59) *Doe MC-61 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11232

60) *Christian, et al. v. Regents of Univ. of Mich.*, Case No. 2:20-cv-11294

61) *Doe MC-62 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11305

62) *Doe MC-64 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11308

63) *Doe MC-59 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11309

64) *Doe MC-65 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11485

65) *Doe MC-66 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11504

66) *Doe MC-67 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11518

67) *Doe MC-68 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11569

68)   *Doe MC-70 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11596

69)   *Doe MC-72 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11653

70)   *Doe MC-73 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11702

71)   *Doe MC-76 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11725

72)   *Doe MC-71 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11782

73)   *Doe MC-75 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11788

74)   *Doe MC-74 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11794

75)   *Doe MC-77 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11814

76)   *Doe MC-78 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11821

77)   *Doe MC-79 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11853

78)   *Connelley, et al. v. Univ. of Mich., et al.*, Case No. 2:20-cv-11881

79)   *Doe MC-82 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11932

80)   *Doe MC-84 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11949

81)   *Doe MC-81 v. Univ. of Mich., et al.*, Case No. 2:20-cv-11974

82)   *Doe WL-1, et al. v. Regents of Univ. of Mich., et al.*, Case No. 2:20-cv-12038

83)   *Doe MC-80 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12040

84)   *Doe MC-83 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12041

85)   *Doe MC-86 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12042

86)   *Doe MC-87 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12058

87) *Doe MC-88 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12093

88) *Doe MC-89 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12152

89) *Doe MC-90 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12166

90) *Doe MC-91 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12167

91) *Deluca v. Univ. of Mich., et al.*, Case No. 2:20-cv-12171

92) *Doe MC-92 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12186

93) *Robinson, et al. v. Regents of Univ. of Mich.*, Case No. 2:20-cv-12205

94) *Doe MC-93 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12219

95) *Doe MC-95 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12220

96) *Doe MC-96 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12223

97) *Doe MC-94 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12276

98) *Cooper, et al. v. Regents of Univ. of Mich.*, Case No. 2:20-cv-12285

99) *Doe MC-97 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12290

100) *Doe MC-99 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12291

101) *Doe MC-103 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12303

102) *Doe MC-102 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12326

103) *Doe MC-100 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12329

104) *Doe MC-101 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12340

105) *Doe MC-104 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12342

106) *Doe MC-106 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12347

107) *Doe MC-105 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12375

108) *Doe MC-107 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12376

109) *Johnson, et al. v. Regents of Univ. of Mich.*, Case No. 2:20-cv-12377

110) *Doe MC-108 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12395

111) *Doe MC-109 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12399

112) *Doe MC-110 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12427

113) *Doe MC-111 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12438

114) *Doe MC-112 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12460

115) *Doe MC-113 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12461

116) *Doe MC-114 v. Univ. of Mich., et al.*, Case No. 2:20-cv-12462

117) *Shaw, et al. v. Regents of Univ. of Mich.*, Case No. 2:20-cv-12758

118) *Doe ALF-1, et al. v. Univ. of Mich., et al.*, Case No. 2:20-cv-12747

119) *R.S. Doe v. Univ. of Mich., et al.*, Case No. 2:21-cv-12500

The Court further orders that each party shall bear all of their own costs and fees, including all attorney's fees.  The Clerk of Court is directed to close these cases.

Dated: November 21, 2022          s/ Victoria A. Roberts
                                  Hon. Victoria A. Roberts
                                  United States District Judge

7